# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIGIA LAFFITTE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY;<br><br>Defendant. | Case no. 2:19-CV-04591<br><br>**[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 28, 2019<br>Trial Date: None |

# [PROPOSED] ORDER

The Court, having considered the Parties' Joint Stipulation of Dismissal with Prejudice, hereby dismisses the entire action with prejudice as to all parties and claims for relief.

IT IS SO ORDERED.

Dated: October 9, 2019

_____
Hon. R. Gary Klausner
UNITED STATES DISTRICT COURT JUDGE